**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1545**

JEROME GARY,

                              Plaintiff - Appellant,

         versus

FREIGHTLINER LLC,

                              Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (CA-02-343)

Submitted:  February 8, 2006          Decided:  March 1, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Gary, Appellant Pro Se.  Keith Michael Weddington, Kristi Elaine Kessler, PARKER, POE, ADAMS & BERNSTEIN, L.L.P., Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Gary appeals the district court's order that granted summary judgment in favor of his former employer in his civil action in which he alleged he was wrongfully discharged and retaliated against due to his race and age, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. We therefore affirm for the reasons stated by the district court. See Gary v. Freightliner, No. CA-02-343 (W.D.N.C. Apr. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED